*Wednesday, November 10, 1999*

## MERIT DOCKET

**98–992.   State ex rel. Dunlap v. Indus. Comm.**
Franklin App. No. 97APD02–282. On motion to supplement record and on motion to dismiss. Motions granted and cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–624.   State ex rel. Linger v. Indus. Comm.**
Franklin App. No. 98AP–433. On motion to dismiss by Industrial Commission. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1622.   State ex rel. Watters v. Ghee.**
In Mandamus. On answer of respondents. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1666.   State ex rel. Reed v. Cox.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1695.   State ex rel. Glover v. Ghee.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1798.   Beaver v. Chillicothe Correctional Inst.**
In Habeas Corpus. On petition for writ of habeas corpus by Michael Beaver, a.k.a. Michael Hudson. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.